**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

January 11, 2010

Joseph S. Trapanese, Esq.

Trapanese & Trapanese

188 Route 23

Little Falls, NJ 07424

Steven R. Conlon, Esq.

McElroy, Deutsch, Mulvaney, etc.

100 Mulberry Street

Newark, NJ 07102

## LETTER ORDER

Re:    **De Marco v. The Paul Revere Life Ins. Co., et al.**
       **Civil Action No.  08-4709 (JAG)**

Dear Counsel:

A settlement conference is scheduled for  **Wednesday, February 24, 2010 at 10:00 a.m.** One week prior to the conference, each party is to directed to deliver to the court an ex parte letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.  Trial counsel are to be present at the conference. Clients with full settlement authority shall be present at the conference.

The **January 25, 2009** telephone conference is adjourned.

**SO ORDERED.**

*s/Madeline Cox Arleo*

**MADELINE COX ARLEO**
**United States Magistrate Judge**